

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00659-CR

Erlinda Gonzales **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CR-6646
Honorable Jennifer Peña, Judge Presiding

**ORDER**

Sitting:     Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 3, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court